Case 18-11439-mdc    Doc 17-4    Filed 04/26/18    Entered 04/26/18 18:21:44    Desc
Exhibit C    Page 1 of 1



FFIEC home  |  Federal Reserve Board home
Accessibility  |  Disclaimer  |  Privacy Policy

| NIC Home | Institution Search | USBA Search | HCs > $10B |
| BHCPR Peer Reports | Other Reports | FAQ | |

**Institution History for**   WACHOVIA BANK, NATIONAL ASSOCIATION (484422)

8 institution history record(s) found.                                                       < Previous   Page  1  Next >

| Event Date | Historical Event |
|---|---|
| 1908-01-01 | FIRST UNION NATIONAL BANK OF CHARLOTTE located at CHARLOTTE, NC was established as a National Bank. |
| 1968-05-04 | FIRST UNION NATIONAL BANK OF CHARLOTTE was **renamed** to FIRST UNION NATIONAL BANK OF NORTH CAROLINA. |
| 1982-04-05 | FIRST UNION NATIONAL BANK OF NORTH CAROLINA was **renamed** to FIRST UNION NATIONAL BANK. |
| 1986-07-25 | FIRST UNION NATIONAL BANK was **renamed** to FIRST UNION NATIONAL BANK OF NORTH CAROLINA and **moved** to 301 SOUTH TRYON STREET,FIRST UNION PLAZA CHARLOTTE, NC. |
| 1997-06-05 | FIRST UNION NATIONAL BANK OF NORTH CAROLINA was **renamed** to FIRST UNION NATIONAL BANK. |
| 2002-04-01 | FIRST UNION NATIONAL BANK was **renamed** to WACHOVIA BANK, NATIONAL ASSOCIATION and **moved** to 301 SOUTH TRYON STREET, WACHOVIA PLAZA CHARLOTTE, NC. |
| 2002-06-17 | WACHOVIA BANK, NATIONAL ASSOCIATION **moved** to 301 SOUTH COLLEGE STREET CHARLOTTE, NC. |
| 2010-03-20 | WACHOVIA BANK, NATIONAL ASSOCIATION was **acquired** by WELLS FARGO BANK, NATIONAL ASSOCIATION. |

Page 1 of 1

NIC Home  |  FAQ  |  Help  |  Contact Us

